No. 980.  BARTELL *v.* NIERSTHEIMER, WARDEN.  April 22, 1946.  Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 991.  BUCHALTER *v.* ILLINOIS;
No. 992.  BECKLEY *v.* ILLINOIS;
No. 1025.  RISTICH *v.* ILLINOIS;
No. 1026.  CASTIGLIONE *v.* ILLINOIS;
No. 1027.  PRIDGEN *v.* ILLINOIS;
No. 1028.  PROVOST *v.* ILLINOIS;
No. 1029.  HARRIS *v.* ILLINOIS; and
No. 1030.  COLLINS *v.* RAGEN, WARDEN.  April 22, 1946.  Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1031.  BAKER *v.* UTECHT, WARDEN.  April 22, 1946.  Petition for writ of certiorari to the Supreme Court of Minnesota denied.

No. 1036.  MARR *v.* RAGEN, WARDEN.  April 22, 1946.  Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1038.  MORRIS *v.* RAGEN, WARDEN.  April 22, 1946.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1039.  RUCKER *v.* ILLINOIS; and
No. 1044.  SKINNER *v.* ILLINOIS.  April 22, 1946.  Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1046.  DAVIDSON *v.* RAGEN, WARDEN.  April 22, 1946.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.